1  Plaintiff, Pro-Se
2  801 S. Miami Ave #1401
3  Miami, Fl 33130
4  pablopicassojustice@gmail.com
5  571-623-2876

FILED BY ___ D.C.
JAN 03 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Florida Southern District Court

NOTICE OF FILING

Case # Pending

Plaintiff: Paul King

Defendant: Kings Garden et al

**NOTICE OF FILING:** Notice of Related Cases/ Supplement to Civil Cover

Respectfully,

Paul King

801 S. Miami Ave #1401

Miami, FL 33130

1/2/22

PG. 1