Plaintiff, Pro-Se

801 S. Miami Ave #1401

Miami, Fl 33130

pablopicassojustice@gmail.com

571-623-2876

## NOTICE OF RELATED CASES / SUPPLEMENT TO CIVIL COVER SHEET

1. Plaintiff comes pro-se and makes this notice of related cases in Southern Florida District Court and a summary of each case in order to help the Court understand the entire scope.

    a. Case #1:21-23759 Paul King v Michael King et al for claims of
        i. Racketeering; Condo forgery and fraud
        ii. Identity theft, theft and fraud of American express account and wells fargo bank accounts
        iii. Theft and fraud of Dama Financial bank accounts
    *Note: There is also a case in Miami-Dade Circuit Court, Case #2021-ca-009769-0 that was filed by Plaintiffs prior attorney in April 2020 for **only the condo theft** and Plaintiff has a pending motion to transfer 1:21-23759 hearing on January 4th, 2022 as well as a MSJ on the condo that was filed in District Court and is pending responses from Defendants by January 10th, 2022. District Court is a more appropriate venue for this case as it involves multiple claims of theft and racketeering by the same defendants.*

    b. Case #1:21-24108 Paul King v Canaccord et al for claims of
        i. Racketeering; stock forgery and fraud – selling Plaintiffs shares via forgery in cannabis company Cannafornia for $4.8M and stealing the proceeds.
        ii. Bribery of lawyers and law firms to set it up and then cover it up

    c. Case #1:21-23956 Paul King v Amy Maliza et al for claims of
        i. Fraud: Setting up the infrastructure for the theft of Plaintiffs company and shares; distributing $9.6M via trust account to the illegal sellers of the company.
        ii. Legal Misrepresentation: Lawyers hired by Cannabis company Cannafornia to represent its best interests instead helped the fraud occur.

1

    d. Case #1:21-24434 Paul King v Monterey County District Attorney
        i. Racketeering: Raiding Plaintiff and Cannafornia, seizing/destroying $3M of inventory and assets, pressing criminal and civil charges against Plaintiff and Cannafornia in order to aid the theft of Cannafornia from Plaintiff.
        ii. Malicious Prosecution: Forcing Plaintiff to have two sets of attorneys, one for personal and one for business to defend against DA while having no just cause to prosecute and draining Plaintiff of time, energy, and over $1M in legal fees.
        iii. Intentional infliction of emotional distress: Plaintiff was forced to work in an environment where everyone was against him and causing him problems at every turn for most of Plaintiffs 3.5 years in Salinas, California.

    e. Case #1:21-24470 Paul King v Boren, Osher, Luftman et al
        i. Racketeering, Attorney Malpractice, Accountant Malpractice: Plaintiff hired several law firms and an accounting firm and paid them over $1.2M to assist; instead they covered up the fraud, piled problems on Plaintiff, and made sure that his legal and accounting was a disaster.

    f. Case #1:21-24443 Paul King v Razbuton Inc et al
        i. Fraud: Plaintiff purchased a property in Winter Garden, Florida where Sophia King committed fraud in order to put plaintiff in a position where seller has an opportunity to foreclose via changing legal documents at closing and terms of the sale and signing the documents on Plaintiffs behalf.
        ii. Racketeering: Involving sellers and lawyers hired by Plaintiff to help the other side orchestrate the fraud.

    *Note: There is a case for foreclosure filed by Razbuton v SHW17 Inc (A company owned by Plaintiff) in Orange County Circuit Court, Case #2021-ca-008212-0, and a foreclosure order currently on appeal by Paul King in 5th District Court of Appeals, Case #5D21-3145.*

2. Plaintiff has other cases where he is being sued for defamation in Miami Circuit Court by Michael King and Dimitry Romantsov and a variety of other legal matters in California he believes are fictitious and created only to pile on problems for Plaintiff, such as suits brought by ex-employees for wage and hour claims and sexual harassment which have seemed to slow down or stop recently. There is also a suit by the District Attorney in Monterey County, California, and that case also seems to have slowed down since Plaintiff was evicted from the farm in Monterey County in late 2021. Plaintiff is not including those in order to keep things concise and because Plaintiff does not know if

those are relevant to cite as related cases. If the Court wishes for Plaintiff to provide details on any such cases, he will aggregate those accordingly.

Respectfully,

Paul King

801 S. Miami Ave #1401

Miami, FL 33130

12/31/21